NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SNF HOLDING COMPANY, FLOPAM INC., CHEMTALL, INC., SNF SAS, SNF (CHINA) FLOCCULANT CO. LTD.,**
*Appellants*

**v.**

**BASF CORPORATION,**
*Appellee*

---

2016-2565

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00600.

---

**JUDGMENT**

---

JAMES W. DABNEY, Hughes Hubbard & Reed LLP, New York, NY, argued for appellants. Also represented by JAMES W. BRADY, JR., JONATHAN W.S. ENGLAND, CHARLES J. MONTERIO, JR., Blank Rome LLP, Washington, DC.

ROBERT RIDDLE, Reed Smith LLP, Houston, TX, argued for appellee. Also represented by MATTHEW S.

GIBSON; JAMES CHRISTOPHER MARTIN, Pittsburgh, PA; SCOTT D. BAKER, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 17, 2017        /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court